UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2016 APR 13 PM 4:40
CLERK
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
v. )
)
CHILDLOVE GELIN, )
  a.k.a. "Rome" and "Haiti;" )
▓▓▓▓▓▓▓▓▓▓▓▓ )
)
JOSHUA HEATHMAN, )
  a.k.a. "Eric," )
    Defendants. )

Crim No. 2:16-cr-52

## INDICTMENT

The Grand Jury charges:

### COUNT I

From about early 2015 through July 13, 2015, in the District of Vermont and elsewhere, the defendants, CHILDLOVE GELIN, a.k.a. "Rome" and "Haiti," and ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ knowingly and willfully conspired together and with others, known and unknown to the grand jury, to distribute a mixture and substance containing a detectible amount of heroin, a Schedule I controlled substance, and a mixture and substance containing a detectible amount of cocaine base, a Schedule II controlled substance. With respect to defendants, CHILDLOVE GELIN and ▓▓▓▓▓▓▓▓, their conduct as members of the conspiracy, including the reasonably foreseeable conduct of other members of the conspiracy, involved 28 grams or more of a mixture and substance containing a detectible amount of cocaine base.

(21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B))

## COUNT II

On or about July 7, 2015, in the District of Vermont, the defendants, CHILDLOVE GELIN, a.k.a. "Rome" and "Haiti," and ▬▬▬▬▬▬▬▬▬▬," knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 18 U.S.C. § 2)

## COUNT III

On or about July 8, 2015, in the District of Vermont, the defendant, CHILDLOVE GELIN, a.k.a. "Rome" and "Haiti," knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

## COUNT IV

On or about July 13, 2015, in the District of Vermont, the defendant, CHILDLOVE GELIN, a.k.a. "Rome" and "Haiti," knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

## COUNT V

On or about February 2, 2016, in the District of Vermont, the defendant, CHILDLOVE GELIN, a.k.a. "Rome" and "Haiti," knowingly and intentionally distributed heroin, a Schedule I controlled substance, and cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

## COUNT VI

On or about February 4, 2016, in the District of Vermont, the defendants, CHILDLOVE GELIN, a.k.a. "Rome" and "Haiti," and JOSHUA HEATHMAN, a.k.a. "Eric," knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 18 U.S.C. § 2)

## COUNT VII

On or about March 7, 2016, in the District of Vermont, the defendant, JOSHUA HEATHMAN, a.k.a. "Eric," knowingly and intentionally distributed heroin, a Schedule I controlled substance, and cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

## COUNT VIII

On or about March 8, 2016, in the District of Vermont, the defendant, JOSHUA HEATHMAN, a.k.a. "Eric," knowingly and intentionally distributed heroin, a Schedule I controlled substance, and cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

A TRUE BILL

FOREPERSON

(CEN) ERIC S. MILLER /for ESM
United States Attorney
Rutland, Vermont
April 13, 2016